UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 92CR1279-IEG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; WITHDRAWAL OF ARREST WARRANTS; AND JUDGMENT |
| MANUEL ALBERTO BOTERO-URIBE (1) SAUL VALEAZQUEZ-MEDINA (11), DIEGO LUIS VALENCIA-CADAUID (12), | ) | |
| Defendants. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendants MANUEL ALBERTO BOTERO-URIBE (1), SAUL VALEAZQUEZ-MEDINA (11), DIEGO LUIS VALENCIA-CADAUID (12), be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrants for MANUEL ALBERTO BOTERO-URIBE (1), SAUL VALEAZQUEZ-MEDINA (11), DIEGO LUIS VALENCIA-CADAUID (12), be recalled.

**IT IS SO ORDERED.**

**DATED: February 10, 2012**

**IRMA E. GONZALEZ**
**United States District Judge**

AWR:kaj
2/3/12